# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00516-CV

**Cody Morrow, Appellant**

**v.**

**City of Killeen, Appellee**

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 306798, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on November 27, 2023. On the Court's own motion, the deadline was extended to December 27, 2023 after appellant's counsel withdrew. On February 8, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by February 20, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Prosecution

Filed: March 15, 2024